United States District Court
Middle District of Florida
Orlando Division

**SUNTRUST BANK,**

                **Plaintiff,**

-vs-                                            Case No. 6:11-cv-440-Orl-19GJK

**JAMES E. GAYNOR a/k/a JAMES EDWARD GAYNOR a/k/a JAMES GAYNOR,**

                **Defendant.**

_____

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court's previous Orders, and the Proposed Consent Judgment, Final Judgment is entered as follows:

1. Defendant James E. Gaynor resides at 95 South Lincoln Avenue, Beverly Hills, Florida 34465 and is subject to the jurisdiction and venue of this Court.

2. Defendant acknowledges that he is indebted to Plaintiff Suntrust Bank in the sum of $134,026.24 in principal, plus court costs of $350.00, for a total sum of $134,376.24. Plaintiff acknowledges that as of the date of this Final Judgment, Defendant is not able to enter into terms of repayment, and the parties are in agreement that Final Judgment should be issued in favor of Plaintiff and against Defendant in the amount of $134,376.24.

3. Accordingly, Final Judgment is entered in favor of Plaintiff Suntrust Bank and against Defendant James E. Gaynor in the amount of $134,376.24, plus interest as

allowed by law from the date this Final Judgment is entered, for which sum let execution issue.

4. The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 7, 2011.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party